## 4476. Quillian & Brothers v. Oliver.

Pottle, J. This case falls within the well-settled rule that where the evidence is conflicting, the first grant of a new trial, though based upon special grounds, will not be disturbed. *Hughes* v. *Atlanta Steel Co.,* 9 *Ga. App.* 510 (71 S. E. 934) ; *Georgia Automobile Co.* v. *Merchants National Bank,* 10 *Ga. App.* 280 (73 S. E. 424) ; *Strickland* v. *Brotherton,* 136 *Ga.* 456 (71 S. E. 774).     *Judgment affirmed.*

Decided December 21, 1912.

Trover; from city court of Hall county—Judge Irwin presiding. September 25, 1912. ·

*B. P. Gaillard, Adams & Quillian,* for plaintiffs.
*William M. Johnson,* for defendant.